THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY MORRELL, Appellant.

Submitted July 11, 2016; decided September 13, 2016

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as dismissed defendant's appeal from a Supreme Court decision, dismissed upon the ground that no motion for leave to appeal lies from an Appellate Division order dismissing an appeal from a decision (*see* CPLR 5602); motion for leave to appeal otherwise denied.